400 A.2d 639

Commonwealth v. Leone, Appellant.

Submitted September 15, 1978.  Michael R. Muth, Assistant Public Defender, for appellant;  Charles P. Eyer, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.